UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL GRESHAM et al. #272603,

      Plaintiff,                      Case No. 1:16-cv-1402

v.                                    Honorable Paul L. Maloney

WILLIE SMITH et al.,

      Defendants.
_____/

## JUDGMENT

In accordance with the Opinion entered this day,

IT IS ORDERED that Plaintiff Gresham's claims be DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's January 6, 2016 order in Case No. 1:15-cv-1067.

IT IS FURTHER ORDERED that the claims of the remaining Plaintiff's be DISMISSED WITHOUT PREJUDICE for improper joinder.


Dated:  January 4, 2017              /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge